713 A.2d 1143

**WILSON AREA SCHOOL DISTRICT, Borough of Wilson, and Northampton County, Petitioners,**

v.

**EASTON HOSPITAL, Respondent.**

Supreme Court of Pennsylvania.

Aug. 7, 1998.

Donald F. Spry, II, Bangor, for petitioner.

### *ORDER*

PER CURIAM.

AND NOW, this 7th day of August, 1998, the Petition for Allowance of Appeal is granted, limited to the following issue:

Does Respondent operate entirely free from private profit motive as required by *Hospital Utilization Project v. Commonwealth of Pennsylvania,* 507 Pa. 1, 487 A.2d 1306 (1985), for purposes of tax-exempt status?

This case is consolidated with *Pinnacle Health Hospitals v. Dauphin County Bd. of Assessment Appeals, et al.,* 552 Pa. 199, 713 A.2d 1142, for purposes of oral argument.